UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | NO. 1:17-CR-0034 |
| | * | |
| **REALITY LEIGH WINNER** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

## DEFENDANT'S NOTICE OF APPEAL OF DETENTION ORDER

Notice is hereby given that Reality Leigh Winner, the Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order regarding detention that the district court entered on November 27, 2017 [Doc. 163]. A copy of the detention order is attached as **Exhibit A**. A copy of the detention orders issued by the magistrate judge on June 9, 2017 [Doc. 27], and October 5, 2017 [Doc. 115] are attached as **Exhibit B** and **Exhibit C**, respectively.

Respectfully submitted,

*/s/*Joe D. Whitley

| | |
|---|---|
| Joe D. Whitley (Bar No. 756150)<br>Admitted *Pro Hac Vice*<br>Brett A. Switzer (Bar No. 554141)<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>3414 Peachtree Rd., NE Suite 1600<br>Atlanta, GA  30326<br>(404) 577-6000<br>JWhitley@bakerdonelson.com<br>BSwitzer@bakerdonelson.com | John C. Bell, Jr. (Bar No. 048600)<br>Titus T. Nichols (Bar No. 870662)<br>**BELL & BRIGHAM**<br>PO Box 1547<br>Augusta, GA  30903-1547<br>(706) 722-2014<br>John@bellbrigham.com<br>Titus@bellbrigham.com |
| Matthew S. Chester (La. Bar No. 36411)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>201 St. Charles Ave., Suite 3600<br>New Orleans, LA  70170<br>(504) 566-5200<br>MChester@bakerdonelson.com | Thomas H. Barnard (Az. Bar No. 27488)<br>Admitted *Pro Hac Vice*<br>**BAKER, DONELSON, BEARMAN,<br>    CALDWELL & BERKOWITZ, P.C.**<br>100 Light Street.<br>Baltimore, MD  21202<br>(410) 685-1120<br>TBarnard@bakerdonelson.com |

Jill E. McCook (Tn. Bar No. 033813)
Admitted *Pro Hac Vice*
**BAKER, DONELSON, BEARMAN,
    CALDWELL & BERKOWITZ, P.C.**
265 Brookview Centre Way, Suite 600
Knoxville, TN  37919
(865) 549-7129
JMCook@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT
REALITY LEIGH WINNER**

## CERTIFICATE OF SERVICE

    I hereby certify that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                    */s/*Joe D. Whitley
                                    JOE D. WHITLEY