**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 12, 2017

Joe D. Whitley
Greenberg Traurig, LLP
3333 PIEDMONT RD NE STE 2500
ATLANTA, GA 30303

Appeal Number: 17-15458-SS
Case Style: USA v. Reality Winner
District Court Docket No: 1:17-cr-00034-JRH-BKE-1

**THIS LETTER HAS BEEN CORRECTED TO REFLECT THE APPEAL AS EXPEDITED**

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

Every motion, petition, brief, answer, response and reply filed must contain a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). Appellants/Petitioners must file a CIP within 14 days after the date the case or appeal is docketed in this court; Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after the case or appeal is docketed in this court, regardless of whether appellants/petitioners have filed a CIP. See Fed.R.App.P. 26.1 and 11th Cir. R. 26.1-1.

On the same day a party or amicus curiae first files its paper or e-filed CIP, that filer must also complete the court's web-based CIP at the Web-Based CIP link on the court's website. Pro se

filers (except attorneys appearing in particular cases as pro se parties) are **not required or authorized** to complete the web-based CIP.

**Per 11th Circuit R. 9-1 Motions: Parties seeking review of a district court's order on release in a criminal case under FRAP 9(a) must file a motion with this court within seven (7) days of the filing of the Notice of Appeal, setting out the reasons why the party believes the order should be reversed.  The opposing party must file a response within ten (10) days unless otherwise ordered by the court. Any replies shall be filed no later than seven (7) days after the filing of the response unless otherwise ordered by the court.  All motions for release or for modification of the conditions of release, whether filed under FRAP 9(a) or 9(b) must include a copy of the judgment or order from which relief is sought and of any opinion or findings of the district court**.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Brenda H. McConnell/caw
Phone #: (404) 335-6209

DKT-2 Appeal WITH Deficiency