No. 17-15458

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

UNITED STATES,

        *Plaintiff-Appellee,*

v.

REALITY LEIGH WINNER,

        *Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Georgia
No. 12-cv-03032 (Hon. Randall Hall)

## NOTICE OF FILING

Respectfully submitted,

/s/ Joe D. Whitley

Joe D. Whitley (Bar No. 756150)
**BAKER, DONELSON, BEARMAN,
   CALDWELL & BERKOWITZ**
3414 Peachtree Rd., NE, Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com

Counsel for Defendant-Appellant

## NOTICE OF FILING

Defendant-Appellant REALITY LEIGH WINNER, through Counsel, hereby provides notice to the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer (CISO), on December 18, 2017:

MOTION FOR RELEASE BEFORE JUDGMENT OF CONVICTION

Respectfully Submitted,

/s/ Joe D. Whitley
Joe D. Whitley (Bar No. 756150)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
3414 Peachtree Rd., NE, Suite 1600
Atlanta, Georgia 30326
Tel: (404) 577-6000
JWhitley@bakerdonelson.com

Counsel for Defendant-Appellant

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2017, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

                                      /s/Joe D. Whitley
                                      Joe D. Whitley, Esq.

                                      Joe D. Whitley (Bar No. 756150)
                                      BAKER, DONELSON, BEARMAN,
                                         CALDWELL & BERKOWITZ, P.C.
                                      3414 Peachtree Rd., NE Suite 1600
                                      Atlanta, GA  30326
                                      (404) 577-6000
                                      JWhitley@bakerdonelson.com

                                      Counsel for Defendant-Appellant