UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**UNITED STATES OF AMERICA,**       )
                                     )
    **Plaintiff-Appellee,**         )
                                     )
v.                                   )     No. 17-15458-SS
                                     )
**REALITY LEIGH WINNER,**            )
                                     )
    **Defendant-Appellant.**        )

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    Aaron, David C., U.S. Department of Justice

    Barnard, Thomas H., Attorney for Appellant

    Bell, Jr., John C., Attorney for Appellant

    Chester, Matthew S., Attorney for Appellant

    Christine, Bobby L., United States Attorney

    Durham, James D., Former Assistant United States Attorney

    Edelstein, Julie A., U.S. Department of Justice

United States v. Winner, No. 17-15458-SS

Epps, Hon. Brian K., United States Magistrate Judge

Hall, Hon. J. Randal, United States District Judge

McCook, Jill E., Attorney for Appellant

Nichols, Titus T., Attorney for Appellant

Rafferty, Brian T., Assistant United States Attorney

Solari, Jennifer G., Assistant United States Attorney

Switzer, Brett A., Attorney for Appellant

Tanner, R. Brian, Assistant United States Attorney

United States Department of Justice

Whitley, Joe D., Attorney for Appellant

Winner, Reality Leigh, Appellant

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

United States v. Winner, No. 17-15458-SS

This 21st day of December, 2017.

        BOBBY L. CHRISTINE
        UNITED STATES ATTORNEY

        ***/s/ Julie A. Edelstein***

        Julie A. Edelstein
        Trial Attorney
        U. S. Department of Justice
        National Security Division
        julie.edelstein@usdoj.gov

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260

# CERTIFICATE OF SERVICE

This certificate of interested persons and corporate disclosure statement was filed today through this Court's ECF system, and thereby served on appellant Reality Leigh Winner's counsel of record at their Court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(1)(D) and 25(c)(2), and 11th Cir. R. 25-3(a).

This 21st day of December, 2017.

>BOBBY L. CHRISTINE
>UNITED STATES ATTORNEY
>
>*/s/ Julie A. Edelstein*
>
>Julie A. Edelstein
>Trial Attorney
>U. S. Department of Justice
>National Security Division
>julie.edelstein@usdoj.gov

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260