UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Appellee,** | ) |
| | ) |
| v. | )     No. 17-15458-SS |
| | ) |
| **REALITY LEIGH WINNER,** | ) |
| | ) |
| **Defendant-Appellant.** | ) |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

COMES NOW the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and files its Certificate of Interested Persons and Corporate Disclosure Statement as follows:

    Aaron, David C., U.S. Department of Justice

    Barnard, Thomas H., Attorney for Appellant

    Bell, Jr., John C., Attorney for Appellant

    Chester, Matthew S., Attorney for Appellant

    Christine, Bobby L., United States Attorney

    Durham, James D., Former Assistant United States Attorney

    Edelstein, Julie A., U.S. Department of Justice

United States v. Winner, No. 17-15458-SS

Epps, Hon. Brian K., United States Magistrate Judge

Hall, Hon. J. Randal, United States District Judge

McCook, Jill E., Attorney for Appellant

Nichols, Titus T., Attorney for Appellant

Rafferty, Brian T., Assistant United States Attorney

Solari, Jennifer G., Assistant United States Attorney

Switzer, Brett A., Attorney for Appellant

Tanner, R. Brian, Assistant United States Attorney

United States Department of Justice

Whitley, Joe D., Attorney for Appellant

Winner, Reality Leigh, Appellant

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

This 21st day of December, 2017.

        BOBBY L. CHRISTINE
        UNITED STATES ATTORNEY

        ***/s/ Julie A. Edelstein***

        Julie A. Edelstein
        Trial Attorney
        U. S. Department of Justice
        National Security Division
        julie.edelstein@usdoj.gov

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff-Appellee,** ) | |
| ) | |
| v. ) | No. 17-15458-SS |
| ) | |
| **REALITY LEIGH WINNER,** ) | |
| ) | |
| **Defendant-Appellant.** ) | |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE AND REPLY**

COMES NOW the United States of America and Defendant-Appellant Reality Winner, through undersigned counsel. The parties hereby move for an 8-day extension of time (through January 5, 2018) for the government to file its response, and a 7-day extension of time (through January 19, 2018) for the Appellant to file her reply in the above-captioned appeal.

1.     Appellant Winner filed her Motion on December 18, 2017. Per Eleventh Circuit Rules, a party seeking review of a district court's order on release in a criminal case under FRAP 9(a) must file a motion within seven days of the filing of the Notice of Appeal; the opposing party must file a response within ten days unless otherwise ordered by

the Court; and the moving party must file a reply within seven days unless otherwise ordered by the Court. Accordingly, the government's response would be due on December 28, 2017, and the Appellant's reply would be due January 4, 2018.

    2.    The Appellant's Motion contained classified information and was filed with a Classified Information Security Officer ("CISO"). Although the Appellant filed her Motion with the CISO on December 18, 2017, because of the complexities associated with handling classified information, the government was not served until December 19, 2017.

    3.    Classified information can only be stored in authorized locations, such that the parties can only review and prepare filings in certain authorized locations. Because of these associated logistical difficulties, and considering holiday travel schedules, the parties cannot prepare helpful and reasoned responses and replies in this appeal within the current deadlines.

For these reasons, the government requests an 8-day extension of time, to January 5, 2018, in which to file its response, and the Appellant requests a 7-day extension of time, to January 19, 2018 to file its reply.[1]

Respectfully submitted, this 21st day of December, 2017.

                    BOBBY L. CHRISTINE
                    UNITED STATES ATTORNEY

                    */s/ Julie A. Edelstein*

                    Julie A. Edelstein
                    Trial Attorney
                    U. S. Department of Justice
                    National Security Division
                    julie.edelstein@usdoj.gov

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260

---

[1] Even if the Court were not inclined to grant the extensions requested herein, the government would still request a one-day extension, through December 29, 2017, to file its response, because the government was not served with the Appellant's Motion until December 19, 2017.

3

## **CERTIFICATE OF COMPLIANCE AND SERVICE**

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface with serifs (14-point Century Schoolbook). This motion complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 553 words.

This motion was filed today through the Court's ECF system and thereby served on counsel of record at their court-registered e-mail addresses, pursuant to Fed. R. App. P. 25(c)(1)(D) and 11th Cir. R. 25-3(a).

This 21st day of December, 2017.

                                              BOBBY L. CHRISTINE
                                              UNITED STATES ATTORNEY

                                              ***/s/ Julie A. Edelstein***

                                              Julie A. Edelstein
                                              Trial Attorney
                                              U. S. Department of Justice
                                              National Security Division

600 E Street, N.W.
Washington, D.C. 20004
(202) 233-2260