IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15458-SS
_____

UNITED STATES OF AMERICA,

                                                                            Plaintiff - Appellee,

versus

REALITY LEIGH WINNER,

                                                                            Defendant - Appellant.

_____

On Appeal from the United States District Court for the
Southern District of Georgia
_____

O R D E R:

The parties' joint motion for extension is GRANTED. The Government's response to Appellant's motion for release will be due on Friday, January 5, 2018. Appellant's reply, if any, will be due on Friday, January 19, 2018.

                                       David J. Smith
                                       Clerk of the United States Court of
                                       Appeals for the Eleventh Circuit

                                       ENTERED FOR THE COURT - BY DIRECTION