UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff-Appellee,** | ) |
| | ) |
| v. | ) No. 17-15458-SS |
| | ) |
| **REALITY LEIGH WINNER,** | ) |
| | ) |
| **Defendant-Appellant.** | ) |

### AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW counsel for Defendant-Appellant, Reality Leigh Winner, and files an amended Certificate of Interested Persons and Corporate Disclosure Statement, as follows:

Aaron, David C., U.S. Department of Justice, Attorney for Plaintiff-Appellee

Barnard, Thomas H., Attorney for Defendant-Appellant

Bell, Jr., John C., Attorney for Defendant-Appellant

Chester, Matthew S., Attorney for Defendant-Appellant

Christine, Bobby L., United States Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Durham, James D., Former Assistant U.S. Attorney, U.S. Department of Justice, for Plaintiff-Appellee

Edelstein, Julie A., U.S. Department of Justice, Attorney for Plaintiff-Appellee

Epps, Hon. Brian K., United States Magistrate Judge, U.S. District Court for the Southern District of Georgia

First Look Media

Hall, Hon. J. Randal, United States District Judge, U.S. District Court for the Southern District of Georgia

Nichols, Titus T., Attorney for Defendant-Appellant

Rafferty, Brian T., Assistant U.S. Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Solari, Jennifer G., Assistant U.S. Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Switzer, Brett A., Attorney for Defendant-Appellant

Tanner, R. Brian, Assistant U.S. Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Whitley, Joe D., Attorney for Defendant-Appellant

Winner, Reality Leigh, Defendant-Appellant

No publicly traded company or corporation has had an interest in the outcome of this case or appeal.

This 2nd day of January, 2018.

/s/Joe D. Whitley
Joe D. Whitley, Esq.

Joe D. Whitley (Bar No. 756150)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com

Counsel for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I electronically filed the foregoing **AMENDED CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record for all parties.

/s/Joe D. Whitley
Joe D. Whitley, Esq.

Joe D. Whitley (Bar No. 756150)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA  30326
(404) 577-6000
JWhitley@bakerdonelson.com

Counsel for Defendant-Appellant