No. 17-15458

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Filed with Classified Information Security Officer

CISO _____
Date  Jan. 19, 2018

UNITED STATES,
*Plaintiff-Appellee,*

v.

REALITY LEIGH WINNER,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Georgia
No. 17-cr-00034 (Hon. J. Randal Hall)

## NOTICE OF FILING

Respectfully submitted,

*/s/ Thomas H. Barnard*

Joe D. Whitley (Bar No. 756150)
Brett A. Switzer (Bar No. 554141)
**BAKER DONELSON**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
Tel: (404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
P.O. Box 1547
Augusta, GA 30903-1547
Tel: (706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

1

Thomas H. Barnard (Bar No. 20982)
**BAKER DONELSON**
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
TBarnard@bakerdonelson.com

Matthew S. Chester (Bar No. 36411)
**BAKER DONELSON**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
Tel: (504) 566-5200
MChester@bakerdonelson.com

Counsel for Defendant-Appellant

No. 17-15458-SS
*United States v. Winner*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Aaron, David C., U.S. Department of Justice, Attorney for Plaintiff-Appellee

Barnard, Thomas H., Attorney for Defendant-Appellant

Bell, Jr., John C., Attorney for Defendant-Appellant

Chester, Matthew S., Attorney for Defendant-Appellant

Christine, Bobby L., United States Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Durham, James D., Former Assistant U.S. Attorney, U.S. Department of Justice, for Plaintiff-Appellee

Edelstein, Julie A., U.S. Department of Justice, Attorney for Plaintiff-Appellee

Epps, Hon. Brian K., United States Magistrate Judge, U.S. District Court for the Southern District of Georgia

First Look Media

Hall, Hon. J. Randal, United States District Judge, U.S. District Court for the Southern District of Georgia

McCook, Jill E., Attorney for Defendant-Appellant

Nichols, Titus T., Attorney for Defendant-Appellant

Rafferty, Brian T., Assistant U.S. Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Solari, Jennifer G., Assistant U.S. Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

1

No. 17-15458-SS
*United States v. Winner*

Switzer, Brett A., Attorney for Defendant-Appellant

Tanner, R. Brian, Assistant U.S. Attorney, U.S. Department of Justice, Attorney for Plaintiff-Appellee

Whitley, Joe D., Attorney for Defendant-Appellant

Winner, Reality Leigh, Defendant-Appellant

No publicly traded company or corporation has an interest in the outcome of this case or appeal.

Defendant-Appellant, REALITY LEIGH WINNER, through Counsel, hereby provides notice to the Court and Counsel of Record, of the filing of the following document with the Classified Information Security Officer (CISO), on January 19, 2018:

**DEFENDANT-APPELLANT REALITY LEIGH WINNER'S REPLY BRIEF IN SUPPORT OF MOTION FOR RELEASE**

Respectfully submitted,

*/s/Thomas H. Barnard*

Joe D. Whitley (Bar No. 756150)
Brett A. Switzer (Bar No. 554141)
**BAKER DONELSON**
3414 Peachtree Rd., NE Suite 1600
Atlanta, GA 30326
Tel: (404) 577-6000
JWhitley@bakerdonelson.com
BSwitzer@bakerdonelson.com

Thomas H. Barnard (Bar No. 20982)
**BAKER DONELSON**
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
TBarnard@bakerdonelson.com

John C. Bell, Jr. (Bar No. 048600)
Titus T. Nichols (Bar No. 870662)
**BELL & BRIGHAM**
P.O. Box 1547
Augusta, GA 30903-1547
Tel: (706) 722-2014
John@bellbrigham.com
Titus@bellbrigham.com

Matthew S. Chester (Bar No. 36411)
**BAKER DONELSON**
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170
Tel: (504) 566-5200
MChester@bakerdonelson.com

Counsel for Defendant-Appellant

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notifications of such filing to counsel of record for all parties.

Respectfully submitted,

*/s/Thomas H. Barnard*

Thomas H. Barnard (Bar No. 020982)
**BAKER DONELSON**
100 Light Street.
Baltimore, MD  21202
Tel: (410) 685-1120
TBarnard@bakerdonelson.com

Counsel for Defendant-Appellant
